ACCEPTED
06-14-00100-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/11/2015 3:55:23 PM
DEBBIE AUTREY
CLERK

NO.06-14-00100-CV

| | | |
|---|---|---|
| MARK MUELLER | § | IN THE SIXTH |
| Appellant | § | |
| | § | |
| vs. | § | COURT OF APPEALS |
| | § | |
| JAMES H. DAVIS, | § | |
| INDIVIDUALLY AND D/B/A | § | |
| JD MINERALS AND JDMI, LLC | § | |
| Appellees | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 8:52:00 AM
DEBBIE AUTREY
Clerk

## APPELLEES' MOTION FOR LEAVE TO FILE LETTER BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

**NOW COME** James H. Davis, Individually and d/b/a JD Minerals and JDMI, LLC, Appellees, and respectfully file this Motion for Leave in accordance with Texas Rule of Appellate Procedure 10 and would show the Court that:

The Appellees wish to file their Letter Brief. Appellees Letter Brief is filed contemporaneously with this motion for leave.

Oral Argument is set for November 18, 2015 at 10:00 a.m. in Texarkana.

**WHEREFORE, PREMISES CONSIDERED**, Appellees' pray that the Court grant their Motion for Leave to file their Letter Brief.

Respectfully Submitted,

ANDERSON, LEHRMAN, BARRE
   & MARAIST, LLP
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, Texas 78404
Telephone:  (361) 884-4981
Facsimile:  (361) 884-9618


By:   */s/ Douglas D. McLallen*
     **Douglas D. McLallen**
     State Bar No. 00788025
     **ATTORNEYS   FOR   APPELLEE**


     **Marshall C. Wood**
     State Bar No. 00797690
     Norton & Wood, LLP
     315 Main Street
     Post Office Box 1808
     Texarkana, Texas 75504
     Telephone: (903) 823-1321
     Facsimile:  (903) 823-1325
     Email: marshall@nortonandwood.com

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all parties.

Bob Whitehurst, Counsel for Appellant, Mark Mueller, does not oppose the filing of Appellees' Letter Brief.


*/s/ Douglas D. McLallen*
Douglas D. McLallen


## CERTIFICATE OF SERVICE

I certify that on November 11, 2015, a true and correct copy of foregoing was served on counsel of record as indicated below.


Mr. Bob Whitehurst                                    *Via Electronic Delivery:* *whitehurstlawfirm@yahoo.com*
Whitehurst & Whitehurst
Attorneys at Law
5380 Old Bullard Road, Suite 600, #363
Tyler, Texas 75703


*/s/ Douglas D. McLallen*
Douglas D. McLallen